**Tammy CALLAHAN, Plaintiff-Appellant,**

v.

**WASHOE COUNTY SCHOOL DISTRICT; et al., Defendants-Appellees.**

**No. 16-16755**

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2017 *

Filed June 30, 2017

Tammy Callahan, Pro Se

Sara K. Almo, Attorney, Christopher Brian Reich, Esquire, General Counsel, Neil Anthony Rombardo, Esquire, Chief General Counsel, Washoe County School District, Reno, NV, for Defendants-Appellees

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

## MEMORANDUM **

Tammy Callahan appeals pro se from the district court's order dismissing her employment action alleging discrimination in violation of federal and state law, including the Age Discrimination in Employment Act ("ADEA"). We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under Fed. R. Civ. P. 12(b)(6), *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010), and we affirm.

The district court properly dismissed Callahan's ADEA claim as time-barred. *See Laquaglia v. Rio Hotel & Casino, Inc.*, 186 F.3d 1172, 1174 (9th Cir. 1999) (Nevada is a "deferral state" in which claimants have 300 days to institute proceedings with their state anti-discrimination agency); *see also* 29 U.S.C. § 626(d)(1)(B) (charges under the ADEA "shall be filed ... within 300 days after the alleged unlawful practice occurred, or within 30 days after receipt by the individual of notice of termination of proceedings under State law, whichever is earlier").

We reject as without merit Callahan's contentions regarding judicial estoppel, laches, the continuing violation doctrine, and ineffective assistance of counsel.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.